UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Nicholas Adam LaFon, | File No. 22-cv-487 (ECT/DJF) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Warden Jeffrey Fikes, *FCI-Sandstone*, | |
| Defendant. | |

---

Magistrate Judge Dulce J. Foster issued a Report and Recommendation on November 13, 2022. ECF No. 11. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 11] is **ACCEPTED**; and

2. Plaintiff's petition for writ of habeas corpus [ECF No. 1] is **DENIED**;

3. The action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 18, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court